

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 11, 2024

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Cristian Meran, a/k/a "Chakra,"*** **No. 24 Mag. 1561**

Dear Judge McCarthy:

    The Government respectfully requests that the Court unseal the Complaint, No. 24 Mag. 1561, in the above-referenced case, as the defendant has been arrested by law enforcement officers.

Respectfully submitted,

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy
6-11-2024

DAMIAN WILLIAMS
United States Attorney

By:   /s/
        Justin L. Brooke
        Jared D. Hoffman
        Assistant United States Attorneys
        (914) 993-1918 / -1928